# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RAY CURTIS GREENLAW,

      Plaintiff,

v.                                    CASE NO.  4:18cv46-RH/CAS

STATE OF FLORIDA et al.,

      Defendants.

_____/

## ORDER FOR TRANSFER

      This case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the plaintiff's motion to change venue, ECF No. 6. The report and recommendation concludes that venue in this district is improper. Even if venue were proper, transfer of the case to the Middle District of Florida would be proper under 28 U.S.C. § 1404(a). Under that provision, "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought . . . ." The events at issue occurred in the Middle District, and all, or at least most, witnesses are located there. Transfer will serve the convenience of the parties and witnesses and the interest of justice. Accordingly,

IT IS ORDERED:

The report and recommendation is accepted. This case is transferred to the

United States District Court for the Middle District of Florida, Jacksonville

Division. The clerk must take all steps necessary to effect the transfer.

SO ORDERED on March 20, 2018.

s/Robert L. Hinkle
United States District Judge